Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                Plaintiff,

    v.

DAVID DAVEIGA,

                Defendant.

No. CR17-5117RAJ

MINUTE ORDER

      The clerk issues the following minute order by the authority of the Honorable
Richard A. Jones, United States District Court Judge:

      The Amended Appearance Bond executed November 16, 2018, is modified to
add the condition that Defendant is prohibited from possessing or having access to
firearms and dangerous weapons. All firearms and dangerous weapons must be
removed from your residence(s), vehicle(s), and place of employment. This
condition operates in conjunction with any restrictions imposed under Title 18, USC
922, and the Washington State Revised Code, Chapter 9.41.

      All other conditions of the Amended Appearance Bond remain in full force and
effect.

      DATED this 28th day of June, 2019.

WILLIAM M. McCOOL,
Clerk of the Court

   */s/ Victoria Ericksen*
Deputy Clerk to Hon. Richard A. Jones

MINUTE ORDER – 1